UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G.R. & J. HUB HOME IMPROVEMENT CENTER INC.
*et al.*,

Plaintiffs,

-v-

34 EAST 126TH STREET, NEW YORK, NY 10035, LLC
*et al.*,

Defendants.

26 Civ. 73 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 6, 2026, defendants filed a notice of removal ("Notice") in this case, asserting

diversity of citizenship of the parties as the sole basis for federal jurisdiction. Dkt. 1 at 2. The

Notice asserts that defendant 34 East 126th Street, New York, NY 10035 LLC (the "LLC") is a

limited liability company. *Id.* The citizenship of an LLC is the citizenship of each of its

members. Although the Notice asserts that the LLC "is registered as a company doing business

in the State of Florida," *id.*, the Notice does not also assert the citizenship of each of the LLC's

members.

To enable the Court to determine whether there is diversity of citizenship, defendants are

therefore to file an amended Notice, which must state: (1) the citizenship of natural persons who

are members of the LLC, and (2) the place of incorporation and principal place of business of

any corporate entities that are members of the LLC. *See Bayerische Landesbank, New York

Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012) (limited liability company

has the citizenship of each of its members). If defendants are unable to amend the Notice to

assert truthfully complete diversity based upon the citizenship of each constituent person or

entity of the LLC, then the Notice will be dismissed, without prejudice, for lack of subject matter jurisdiction.  *See Curley v. Brignoli, Curley & Roberts Assocs.*, 915 F.2d 81, 83 (2d Cir. 1990) ("[S]ubject matter jurisdiction is an unwaivable *sine qua non* for the exercise of federal judicial power.").  To enable the Court to determine whether there is diversity of citizenship, defendants must therefore file an amended Notice.

Accordingly, in the interests of justice, the Court grants defendants leave to amend the Notice under Federal Rule of Civil Procedure 15(a)(2) to state the citizenships of all members of the LLC in this case **by January 20, 2026**.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated:  January 12, 2026
        New York, New York