**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| G.R&J. Hub Home Improvement Center Inc., et al.,<br><br>                **Plaintiffs,**<br><br>    **-against-**<br><br>34 East 126th Street, New York, NY 10035, LLC, et al.,<br><br>                **Defendants.** | **1:26-cv-00073 (PAE) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1.  Defendants shall file a Second Amended Notice of Removal no later than February 4, 2026.

2.  Plaintiffs shall file their anticipated motion to remand, including any request for jurisdictional discovery, no later than February 11, 2026.

3.  Defendants shall file any opposition to the motion to remand no later than February 25, 2026.

4.  Plaintiffs shall file any reply in support of their motion to remand no later than March 6, 2026.

**SO ORDERED.**

Dated:      New York, New York
              January 28, 2026

_____
STEWART D. AARON
United States Magistrate Judge