**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| G.R&J. Hub Home Improvement Center Inc., et al.,<br><br>              **Plaintiffs,**<br><br>     -against-<br><br>34 East 126th Street, New York, NY 10035, LLC, et al.,<br><br>              **Defendants.** | **1:26-cv-00073 (PAE) (SDA)**<br><br>**ORDER SCHEDULING**<br>**<u>SETTLEMENT CONFERENCE</u>** |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, March 25, 2026, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, March 18, 2026).

**SO ORDERED.**

Dated:   New York, New York
         February 18, 2026

_Stewart D. Aaron_
_____
STEWART D. AARON
United States Magistrate Judge